JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DARLA YANCEY,<br><br>        Plaintiff,<br><br>  v.<br><br>THE HARTFORD INSURANCE COMPANY; PAUL, HASTINGS, JANOFSKY & WALKER LLP LONG-TERM DISABILITY PLAN FOR ATTORNEYS; and Does 1 through 10, inclusive,<br><br>        Defendants. | Case No. SACV-12 1198 JGB (RNBx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own costs and attorneys' fees.

DATED: July 23, 2013

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

JS-6